# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-3527

———————

Darry Gene Yarbro,

        Appellant,

     v.

T. C. Outlaw, Warden, FCI - Forrest
City,

        Appellee.

\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*   [UNPUBLISHED]
\*
\*

———————

Submitted: October 1, 2009
Filed: October 2, 2009

———————

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Darry Gene Yarbro appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Upon careful de novo review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003), we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.